

June 25, 2018

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        **Debtors:**    John Lorusso and Patricia Lorusso
        **Case No.:**  18-22175-rdd
        **Chapter:**   13
        **Property Address: 45 Ashwood Drive, Blauvelt, NY 10913**

Dear Judge Drain,

    This firm represents Seterus, Inc as servicer for Federal National Mortgage Association ("Fannie Mae"), a Corporation Organized and Existing under the Laws of the United States of America a secured creditor of the above-named Debtors. On March 20, 2018 a Loss Mitigation Order was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for June 27, 2018 at 10:00 AM.

    On May 10, 2018, a Creditor Affidavit was filed and a financial package was provided to Debtor's Counsel via ECF notice and email. Our client has advised it has to date not received a financial packet from Debtors. If the Debtors remain interested in pursuing loss mitigation, our client respectfully request Debtors submit a complete financial package. Upon submission of the financial package, our client will review and advise whether it is complete and/or whether additional documents will be needed.

    Thank you for your consideration.  Please do not hesitate to contact me with any questions you may have regarding the matter.

                                                           Respectfully,

                                                           /s/ *Stephani A. Schendlinger*
                                                           Stephani A. Schendlinger Esq.
                                                           RAS Boriskin
                                                           sschendlinger@rasboriskin.com

cc:  Scott B. Ugell, Esq. (Via ECF)