UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                              Chapter 13

                                                    Case No.: 18-22175 (rdd)
John Lorusso and
Patricia Lorusso
                          Debtor(s).
------------------------------------------------------------------x

## DEBTOR LOSS MITIGATION AFFIDAVIT

STATE OF NEW YORK    )
                     ss.:
COUNTY OF ROCKLAND   )

    I, Jeniffer Alarcon, being sworn, say:

    I am not a party to this action, am over 18 years of age and reside in New City, New York.

    On June 25, 2018 I served a true and completed copy of the documents requested in the *"Creditor Loss Mitigation Affidavit,"* dated May 10, 2018, upon the following parties via first class mail and email or facsimile at the following addresses;

Seterus
PO Box 2008
Grand Rapids, MI 49501-2008
Fax: 866-578-5277

Barbara Whipple, Esq.
Robertson, Anschutz & Schneid, PL
6 Executive Park Drive, Suite B
Clifton Park, New York 12065
Email: Bwhipple@rasflaw.com
       lgadomski@rasflaw.com


Including the following documents:

1. Seterus Borrower Assistance Form – Completed, Signed and Dated
2. IRS Form 4506T – Completed, Signed and Dated
3. Hardship Letter – Signed and Dated
4. Borrower Monthly Expenses
5. Pay Stubs from Riverbay Corp. – Dated 5/17/18 through 6/21/18
6. Pay Stubs from NYC School Support – Dated 5/18/18 through 6/15/18

1

7. TD Bank Account Statements – For the Period of 3/21/18 through 6/20/18
8. 2016 Federal Income Tax Return
9. 2017 Federal Income Tax Returns

Dated: New City, New York
June 25, 2018

                                                      Jeniffer Alarcon

Sworn to before me this
25th day of June, 2018

Notary Public, State of New York

**JENNIFER DEBLASIO**
Notary Public, State of New York
Registration No. 01DE6331992
Qualified in Rockland County
Commission Expires October 26, 2019

2